IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**RONALD DEE CARPENTER,**

    **Petitioner,**

v.                                         **Civil Action No. 3:06cv140**
                                                  **(Judge Bailey)**

**WILLIAM M. FOX, Warden,**

    **Respondent.**

## ORDER GRANTING EXTENSION OF TIME TO FILE REPLY

For good cause shown, the petitioner's Motion for an Additional Enlargement of Time (dckt. 17) is **GRANTED**. Petitioner shall have up to an including **August 8, 2007**, to file his reply to the respondent's motion to dismiss.

IT IS SO ORDERED.

The Clerk of the Court is directed to mail a copy of this Order to the *pro se* petitioner.

DATED: July 12, 2007.

                                                              /s *John S. Kaull*
                                                              JOHN S. KAULL
                                                              UNITED STATES MAGISTRATE JUDGE